[Civ. No. 6916. First Appellate District, Division One.—February 25, 1931.]

JOHN F. EDGAR et al., Respondents, v. FRANK CITRARO et al., Defendants; C. D. PRATT, Appellant.

Hartley F. Peart and Gus L. Baraty for Appellant.

Vincent W. Hallinan for Respondents.

THE COURT.—Plaintiffs obtained a judgment for damages against both of the defendants in the above-entitled action, and the latter took separate appeals which are presented on separate records. ■ On the companion appeal, taken by the defendant Citraro, which we have this day held to be without merit (*Edgar* v. *Citraro* (No. 7069), *ante,* p. 183 [297 Pac. 653]), we considered also and determined adversely all questions raised by the defendant Pratt on the present appeal. The judgment as to the defendant Pratt is therefore affirmed.

A petition for a rehearing of this cause was denied by the District Court of Appeal on March 27, 1931, and a petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on April 23, 1931.